AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED

FEB - 1 2018

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Francisco Julian TREVINO, YOB: 1986, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0239-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 1, 2018 in Hidalgo county, in the Southern District of Texas defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 175 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 175 kilograms or more of Marijuana, a Schedule I Controlled Substance.

in violation of Title 21 United States Code, Section(s) 846, 841 (a) (1)

I further state that I am a(n) DEA Task Force Officer and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:  X Yes    No

OK to file - AUSA Linda Resvenez,
2/1/18

Signature of Complainant
Carlos Mireles, DEA Task Force Officer

Sworn to before me and signed in my presence.

February 1, 2018    4:10 pm    At    McAllen, Texas
Date                                    City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT "A"

On February 1, 2018, at approximately 7:10 am, while performing line watch duties, a Border Patrol Agent from the McAllen Border Patrol Station responded to sensor and camera traffic south of the town of Los Ebanos, Texas. Another Border Patrol Agent who was working surveillance in the area advised that a brown X-terra was leaving the area at a high rate of speed. As additional agents responded to the area to assist, one of the Border Patrol Agents located the brown Nissan X-terra driving north out of Los Ebanos on El Faro Road. As the vehicle drove passed one of the Border Patrol units, the agent in the unit observed what appeared to be bundles wrapped in clear cellophane inside the passenger compartment. The Border Patrol Agent then activated his emergency lights and performed a vehicle stop on the vehicle. The vehicle pulled over without incident and the driver, Francisco Julian TREVINO, was taken into custody. A search of the vehicle revealed thirty-two (32) bundles wrapped in clear cellophane with what appeared to be marijuana. Once at the Border Patrol station, one of the bundles was tested and it tested positive for marijuana. The marijuana had a total weight of approximately 175 kilograms.

On this same date, Agents from the McAllen Drug Enforcement Administration responded to the Border Patrol Station and made contact with TREVINO. Agents read TREVINO his Miranda Warnings but he did not wish to answer any questions. TREVINO was charged with Possession with Intent to Distribute Marijuana and Conspiracy to Possess with Intent to Distribute Marijuana.